No. 11–707. RUHAAK v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. ▮

LTD., ET AL. C. A. 9th Cir. Certiorari denied.